In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00269-CR
_____

ANDREW EUGENE BRAZIL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11966

## MEMORANDUM OPINION

Andrew Eugene Brazil pleaded guilty under a plea agreement to burglary of a habitation. The trial court deferred adjudication of guilt and placed him on unadjudicated community supervision for seven years. After the State filed a motion to revoke, the trial court found Brazil violated terms of the community supervision, adjudicated his guilt, and sentenced him to twenty years of confinement.

Brazil's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*,

1

573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from the appellant. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on November 14, 2012
Opinion Delivered November 28, 2012
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.